**May 12, 1997**

| | | |
|---|---|---|
| 19207 | United Public Workers, AFSCME, Local 646, AFL–CIO v. County of Hawaii, Dept. of Public Works | Affirmed |

**May 13, 1997**

| | | |
|---|---|---|
| 19049 | State v. Vellalos | Reversed |

**May 14, 1997**

| | | |
|---|---|---|
| 18420 | Simon v. Comprehensive Home Care | Affirmed |

**May 15, 1997**

| | | |
|---|---|---|
| 19166 | Joya Lanakila Trust v. Hawai'i Omori Corp. | Affirmed |
| 18871 | Mailhiot v. Grand Wailea Co. | Affirmed |
| 19052 | Ritchie v. Administrative Director of the Court | Affirmed |
| 18957 | Tauala v. Chandler | Affirmed |
| 19345 | Wieck v. Wilcox | Affirmed |